IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00350-CMA-MJW

BNSF RAILWAY COMPANY,

Plaintiff(s),

v.

CECIL E. KING, and
PATRICIA A. KING

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Stay Matter Pending Settlement Discussions (docket no. 3) is DENIED.  Nothing is preventing the parties from settling this case at this time.

It is hereby ORDERED that this case is set for a Rule 16 Scheduling Conference on April 20, 2011, at 9:00 a.m., in Courtroom A-502, Alfred A. Arraj United States District Court, 901 19th Street, Denver CO 80294.  The parties shall file with the court their proposed scheduling order five (5) days prior to the Scheduling Conference.  If the parties settle this case prior to the Rule 16 Scheduling Conference then the parties shall file their Notice of Settlement with the court.

Date:  March 1, 2011