IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00350-CMA-MJW

BNSF RAILWAY COMPANY,

Plaintiff(s),

v.

CECIL E. KING, and
PATRICIA A. KING

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Notice of Settlement and Motion to Vacate Scheduling Conference, DN 10, filed with the Court on April 12, 2011, is GRANTED. The Scheduling Conference set on April 20, 2011, at 9:00 a.m., is VACATED. The parties shall submit their Stipulated Motion for Dismissal on or before April 30, 2011.

Date:  April 13, 2011